**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PAUL, CLARA § Case No. 05-21710-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $40,000.00 | Assets Exempt: $1,950.00 |
| Total Distribution to Claimants: $478.36 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $12,187.07 | |

3) Total gross receipts of $ 12,665.43 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,665.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

Case 05-21710 Doc 57 Filed 11/17/10 Entered 11/17/10 10:00:58 Desc Main
Document Page 2 of 12

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,085.43 | 12,437.07 | 12,187.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 478.36 | 478.36 | 478.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $36,563.79 | $12,915.43 | $12,665.43 |

4) This case was originally filed under Chapter 7 on June 01, 2005.
. The case was pending for 63 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2010          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ADVERSARY PROCEEDING 05 A 02074 | 1249-000 | 12,500.00 |
| Interest Income | 1270-000 | 165.43 |
| **TOTAL GROSS RECEIPTS** | | **$12,665.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,016.54 | 2,016.54 | 2,016.54 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 80.00 | 80.00 | 80.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,819.50 | 1,819.50 | 1,819.50 |
| Alan D. Lasko | 3420-000 | N/A | 13.80 | 13.80 | 13.80 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 29,230.00 | 5,581.64 | 5,581.64 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 130.48 | 130.48 | 130.48 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 0.00 |
| EUNICE SACHS AND ASSOCIATES | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 100.00 | 100.00 | 100.00 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 445.50 | 445.50 | 445.50 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 17.32 | 17.32 | 17.32 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | N/A | 262.50 | 262.50 | 262.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 2990-000 | N/A | 7.00 | 7.00 | 7.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 12.14 | 12.14 | 12.14 |
| UPS | 2990-000 | N/A | 31.52 | 31.52 | 31.52 |
| UPS | 2990-000 | N/A | 6.86 | 6.86 | 6.86 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 14.45 | 14.45 | 14.45 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 9.82 | 9.82 | 9.82 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 511.00 | 511.00 | 511.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | N/A | 677.00 | 677.00 | 677.00 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 150.00 | 150.00 | 150.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 36,085.43 | 12,437.07 | 12,187.07 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP ASSIGNEE OF HSBC BANK NA | 7200-000 | N/A | 478.36 | 478.36 | 478.36 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 478.36 | 478.36 | 478.36 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/01/05 (f)  
**§341(a) Meeting Date:** 07/14/05  

**Period Ending:** 09/13/10  
**Claims Bar Date:** 04/06/06  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   CASH | 50.00 | 0.00 | | 0.00 | FA |
| 2   CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3   FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   CLOTHING | 700.00 | 0.00 | | 0.00 | FA |
| 5   ADVERSARY PROCEEDING 05 A 02074  (u) | 170,000.00 | 170,000.00 | | 12,500.00 | FA |
| 6   JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 7   ADVERSARY 05A 02074/NORTON HELTON  (u) | 40,000.00 | 40,000.00 | OA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 165.43 | FA |
| 8   Assets   Totals (Excluding unknown values) | **$211,950.00** | **$210,000.00** | | **$12,665.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING FRAUDULENT CONVEYANCE REGARDING REAL ESTATE  
PURSUING FRAUDULENT CONVEYANCE AGAINST NORTON HELTON  
JUDGMENT ENTERED; ASSESSING CHANCES OF COLLECTING ON JUDGMENT; PREPARING TO CLOSE FILE; JUDGMENT BALANCE IS UNCOLLECTIBLE;  
ACCOUNTANT EMPLOYED; TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):**   December 31, 2006    **Current Projected Date Of Final Report (TFR):**   April 23, 2010  (Actual)

Printed: 09/13/2010 10:39 AM    V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

**Taxpayer ID #:** **-***5279  
**Period Ending:** 09/13/10

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/18/06 | {5} | LAND AMERICA | SETTLEMENT OF ADVERSARY NO. 05A 02074 | 1249-000 | 12,500.00 | | 12,500.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.73 | | 12,502.73 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.22 | | 12,510.95 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.50 | | 12,519.45 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.51 | | 12,527.96 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.96 | | 12,535.92 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.78 | | 12,544.70 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.24 | | 12,552.94 |
| 12/12/06 | | To Account #*********2566 | | 9999-000 | | 300.00 | 12,252.94 |
| 12/12/06 | 1001 | EUNICE SACHS AND ASSOCIATES | DEPOSITION FEE CANCELLATION OF HELEN ROBINSON | 2990-000 | | 100.00 | 12,152.94 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.85 | | 12,160.79 |
| 01/15/07 | 1002 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE FOR HELEN ROBINSON | 2990-000 | | 445.50 | 11,715.29 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.10 | | 11,723.39 |
| 02/14/07 | 1003 | EUNICE SACHS & ASSOCIATES | DEPOSITION CANCELLATION FEE Voided on 02/14/07 | 2990-000 | | ! 100.00 | 11,623.39 |
| 02/14/07 | 1003 | EUNICE SACHS & ASSOCIATES | DEPOSITION CANCELLATION FEE Voided: check issued on 02/14/07 | 2990-000 | | ! -100.00 | 11,723.39 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.84 | | 11,729.23 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.26 | | 11,735.49 |
| 04/02/07 | 1004 | EUNICE SACHS & ASSOCIATES | DEPOSITION FEE FOR NORTON HELTON | 2990-000 | | 262.50 | 11,472.99 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.41 | | 11,479.40 |
| 05/15/07 | 1005 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT FOR DOCUMENT IMAGE CHARGES /COOK COUNTY RECORDER | 2990-000 | | 7.00 | 11,472.40 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.33 | | 11,478.73 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.92 | | 11,484.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.54 | | 11,491.19 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.34 | | 11,497.53 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.73 | | 11,503.26 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.75 | | 11,510.01 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.98 | | 11,515.99 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.86 | | 11,521.85 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 5.26 | | 11,527.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.36 | | 11,529.47 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.16 | | 11,531.63 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.60 | | 11,533.23 |

Subtotals : $12,648.23   $1,115.00

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 09/13/2010 10:39 AM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  
**Taxpayer ID #:** **-***5279  
**Period Ending:** 09/13/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,534.73 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,536.19 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,537.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.37 | | 11,539.02 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.51 | | 11,540.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.25 | | 11,541.78 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.94 | | 11,542.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 11,543.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,543.99 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 11,544.42 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,544.92 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,545.39 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,545.84 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 11,546.34 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,546.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,547.30 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,547.77 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,548.24 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,548.72 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,549.20 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,549.65 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 11,550.08 |
| 03/04/10 | 1006 | ILLINOIS DEPARTMENT OF REVENUE | 2006 IL-1041/TIN 13-7525279 | 2820-000 | | 511.00 | 11,039.08 |
| 03/04/10 | 1007 | INTERNAL REVENUE SERVICE | 2006 1041/TIN 13-7525279 | 2810-000 | | 677.00 | 10,362.08 |
| 03/23/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.35 | | 10,362.43 |
| 03/23/10 | | To Account #********2566 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 10,362.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,665.43 | 12,665.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,662.43 | |
| | | | **Subtotal** | | 12,665.43 | 2,003.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,665.43** | **$2,003.00** | |

{} Asset reference(s)

Printed: 09/13/2010 10:39 AM   V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  
**Taxpayer ID #:** **-***5279  
**Period Ending:** 09/13/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/06 | | From Account #********2565 | | 9999-000 | 300.00 | | 300.00 |
| 12/12/06 | 101 | EUNICE SACHS & ASSOCIATES | COURT REPORTER/CANCELLATION FEE | 2990-000 | | 100.00 | 200.00 |
| 12/19/06 | 102 | EUNICE SACHS & ASSOCIATES | CANCELLATION FEE FOR DEP OF HELEN ROBINSON | 2990-000 | | 100.00 | 100.00 |
| 02/07/07 | 103 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-21710, BOND #016026455 | 2300-000 | | 17.32 | 82.68 |
| 02/11/08 | 104 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-21710, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 12.14 | 70.54 |
| 10/23/08 | 105 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 31.52 | 39.02 |
| 10/30/08 | 106 | UPS | OVERNIGHT DELIVERY FEE | 2990-000 | | 6.86 | 32.16 |
| 02/04/09 | 107 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-21710, Bond#016026455 Voided on 02/05/09 | 2300-000 | | ! 9.85 | 22.31 |
| 02/05/09 | 107 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-21710, Bond#016026455 Voided: check issued on 02/04/09 | 2300-000 | | ! -9.85 | 32.16 |
| 02/05/09 | 108 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #05B-21710, BOND#016026455 | 2300-000 | | 14.45 | 17.71 |
| 02/05/10 | 109 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-21710, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 9.82 | 7.89 |
| 02/05/10 | 109 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-21710, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -9.82 | 17.71 |
| 02/05/10 | 110 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #05-21710, BOND#016026455 | 2300-000 | | 9.82 | 7.89 |
| 03/23/10 | | From Account #********2565 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 10,362.43 | | 10,370.32 |
| 04/20/10 | | Wire out to BNYM account 9200******2566 | Wire out to BNYM account 9200******2566 | 9999-000 | -10,370.32 | | 0.00 |

Subtotals :   $292.11   $292.11

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 09/13/2010 10:39 AM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  
**Taxpayer ID #:** **-***5279  
**Period Ending:** 09/13/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 292.11 | 292.11 | $0.00 |
| | | | Less: Bank Transfers | | 292.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 292.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $292.11 | |

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 09/13/2010 10:39 AM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-21710-BWB  
**Case Name:** PAUL, CLARA  

**Taxpayer ID #:** **-***5279  
**Period Ending:** 09/13/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******25-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2566 | Wire in from JPMorgan Chase Bank, N.A. account ********2566 | 9999-000 | 10,370.32 | | 10,370.32 |
| 06/02/10 | 10111 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,016.54, Trustee Compensation;  Reference: | 2100-000 | | 2,016.54 | 8,353.78 |
| 06/02/10 | 10112 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $80.00, Trustee Expenses;  Reference: | 2200-000 | | 80.00 | 8,273.78 |
| 06/02/10 | 10113 | Alan D. Lasko | Dividend paid 100.00% on $1,819.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 1,819.50 | 6,454.28 |
| 06/02/10 | 10114 | Alan D. Lasko | Dividend paid 100.00% on $13.80, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 13.80 | 6,440.48 |
| 06/02/10 | 10115 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $5,581.64, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,581.64 | 858.84 |
| 06/02/10 | 10116 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $130.48, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 130.48 | 728.36 |
| 06/02/10 | 10117 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided on 06/10/10 | 2700-000 | | 250.00 | 478.36 |
| 06/02/10 | 10118 | ECAST SETTLEMENT CORP ASSIGNEE OF HSBC BANK NA | Dividend paid 100.00% on $478.36; Claim# 001; Filed: $478.36; Reference: | 7200-000 | | 478.36 | 0.00 |
| 06/10/10 | 10117 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided: check issued on 06/02/10 | 2700-000 | | -250.00 | 250.00 |
| 06/10/10 | 10119 | Clerk Of The U.S. Bankruptcy Court | ADVERSARY FILING FEE/05A 2074 | 2700-000 | | 150.00 | 100.00 |
| 08/10/10 | 10120 | Grochocinski, Grochocinski & Lloyd, Ltd. | ATTORNEYS FEES | 3110-000 | | 100.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,370.32 | 10,370.32 | $0.00 |
| | | | Less: Bank Transfers | | 10,370.32 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,370.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,370.32** | |

{} Asset reference(s)

Printed: 09/13/2010 10:39 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 05-21710-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | PAUL, CLARA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******25-66 - Checking Account |
| Taxpayer ID #: | **-***5279 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/13/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****25-65 | 12,665.43 | 2,003.00 | 0.00 |
| Checking # ***-*****25-66 | 0.00 | 292.11 | 0.00 |
| Checking # 9200-******25-66 | 0.00 | 10,370.32 | 0.00 |
| | $12,665.43 | $12,665.43 | $0.00 |